```
ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com
```

Attorney for Defendant,
SALAMEH RASHID

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br>SALAMEH RASHID,<br><br>      Defendant. | Case No.: CR-F-03-5220 OWW<br><br>DEFENDANT'S REQUEST TO LEAVE COUNTRY |

    Defendant, SALAMEH RASHID, by and through his attorney, Anthony P. Capozzi, respectfully asks this Court for his passport to be returned and for permission to temporarily leave the Eastern District of California and the United States from November 10, 2005 to December 1, 2005.

    Mr. Rashid respectfully makes this request so that he may travel to Deir Debwan, Palestine, where his niece is getting married. Deir Debwan is located on the West Bank of Israel. His niece is the daughter of his sister. Mr. Rashid will be staying at the home of his sister and telephone number is 011-9-722-289-6588.

1  Mr. Rashid will be traveling to Deir Debwan with his daughter,
2 Sammar Rashid.  After his niece's wedding, the Mr. Rashid and his
3 daughter will be returning their home, here in the United States.
4 Mr. Rashid's daughter, Meisa and his wife, Shoukrie, will be not be
5 traveling to the wedding.
6  Mr. Rashid is a naturalized U.S. citizen and his two daughters
7 are citizens by right of birth in this country.  The Rashid family
8 has established a life in the Fresno area and do not intend to
9 abandon their family and friends who live in the area and their
10 business, which they have worked long and hard to establish.
11  Mr. Rashid has been under the supervision of Pretrial Services
12 for two years with a $350,000.00 property bond.  Mr. Rashid has
13 complied with all of the conditions of his release under the bond,
14 and with all the requests made of him by Pretrial Services, and
15 Pretrial Services has no objection to this request.
16 / / /
17 / / /
18 / / /

**CONCLUSION**

Mr. Salameh Rashid and his family have significant ties to the community. In addition, Mr. Rashid has posted a $350,000.00 property bond to assure his compliance with the conditions of release that specifically requires his attendance before this Court.

Mr. Rashid's nieces' wedding is an important event in his family and it is respectfully requested that he be allowed to attend the wedding ceremonies from November 10, 2005 through December 1, 2005.

Mr. Rashid will return his passport to the court upon his return to the United States.

Dated:  October 13, 2005

                                  /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Salameh Rashid

**ORDER**

Good cause having been shown, Mr. Rashid's conditions of release shall be modified to allow him to travel to Deir Debwan, Palestine, to attend the wedding of his niece. Mr. Rashid shall leave the Eastern District of California on November 10, 2005 and return on December 1, 2005.

Mr. Rashid's passport shall be returned by the court to all him to travel for the purposes of this trip. Mr. Rashid shall return the passport to the court upon his return to the Eastern District of California.

Dated:   October _24__, 2005

/s/ OLIVER W. WANGER
_____
Honorable Oliver W. Wanger
U.S. District Court Judge