ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
SALAMEH MOHAMMAD RASHID

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>SALAMEH MOHAMMAD RASHID,<br>Defendant. | Case No.: CR-F-03-5220 OWW<br><br>STIPULATION AND ORDER REGARDING PARTIAL EXONERATION OF BOND |

/ / /

/ / /

/ / /



PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED between the Defendant, SALAMEH MOHAMMAD RASHID, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Stanley A. Boone, that the following property posted as collateral in the above entitled case be exonerated and re-conveyed to the legal title holders forthwith:

1. Fadel and Nabiha Fattah

Respectfully submitted,

Dated: August 4, 2006

____/s/ Anthony P. Capozzi___________
Anthony P. Capozzi,
Attorney for Defendant,
HAGOP VARTANIAN

Dated: August 4, 2006

____/s/ Stanley A. Boone___________
Stanley A. Boone,
Assistant United States Attorney

**ORDER**



PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, that the following properties posted as collateral herein be exonerated and re-conveyed to the following legal title holder as follows:

2. Fadel and Nabiha Fattah

Dated: October _6__, 2006

_/S/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER,
United States District Court Judge



PDF created with pdfFactory trial version www.pdffactory.com