ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
SALAMEH MOHAMMAD RASHID

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>SALAMEH MOHAMMAD RASHID,<br><br>            Defendant. | Case No.: CR-F-03-5220 OWW<br><br>STIPULATION TO CONTINUE TRIAL DATE AND MOTION FILINGS WITH PROPOSED ORDER THEREON |

IT IS HEREBY STIPULATED between the Defendant, SALAMEH MOHAMMAD RASHID, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Stanley A. Boone, that the Trial Confirmation Hearing now set for Monday, November 20, 2006 at 9:00 a.m. be continued to Tuesday, January 16, 2007 at 9:00 a.m.

Also, the Trial now set in this matter, currently scheduled to begin on Tuesday, December 5, 2006 will be continued to begin on Tuesday, January 23, 2007.

PDF created with pdfFactory trial version www.pdffactory.com

1  This request is made based upon a scheduling conflict between
2  the parties to this matter.

4  It is further stipulated, by the parties, that the dates for
5  all Motions and Trial documents to be filed, prior to the trial,
6  will be amended accordingly.

8  It is further stipulated by the parties that any delay
9  resulting from this continuance shall be excluded on the following
10 basis:

12  1.  Title 18, United States Code, Section 3161(h)(1)(f) --
13      Any period of delay resulting from other proceedings
14      concerning the defendant, including but not limited to
15      any pretrial motion, from the filing of the motion
16      through the conclusion of the hearing on, or other
17      prompt disposition of, such motion;

19  2.  Title 18, United States Code, Section 3161(h)(8)(A) --
20      that the ends of justice served by taking such action
21      outweighs the best interest of the public and the
22      defendant in a speedy trial;

24  3.  Title 18, United States Code, Section 3161(h)(8)(ii) --
25      that it is unreasonable to expect adequate preparation
26      for pre-trial proceedings or for the trial itself with
27      the time limits established due to the complexity of the
28      case.

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

Dated:  November 16, 2006

         /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
SALAMEH MOHAMMAD RASHID

Dated:  November 16, 2006

         /s/ Stanley A. Boone
Stanley A. Boone
Assistant U.S. Attorney

## ORDER

   IT IS SO ORDERED.  Good cause having been shown, the Trial Confirmation Hearing now set for November 20, 2006 is vacated and continued to January 16, 2007 at 9:00 a.m.

   Also the Trial now set for December 5, 2006 is vacated and continued to January 23, 2007.

Dated:  November 22_, 2006

         /s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com