1  ANTHONY P. CAPOZZI, CSBN 068525
   LAW OFFICES OF ANTHONY P. CAPOZZI
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA  93711
3  Telephone:  (559) 221-0200
   Fax:  (559) 221-7997
4  E-mail:  capozzilaw@aol.com

5  Attorney for Defendant,
   SALAMEH MOHAMMAD RASHID
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO

10                            * * * * *

11
                                    ) Case No.: CR-F-03-5220 OWW
12  UNITED STATES OF AMERICA,       )
                                    ) STIPULATION TO FILING OF TRIAL
13           Plaintiff,             ) DOCUMENTS
                                    )
14       vs.                        )
    SALAMEH MOHAMMAD RASHID,        )
15                                  )
             Defendant.             )
16  _____  )

17

18  / / /

19  / / /

20  / / /

21

Page 1

Stipulation to Continue
Case No. 03-5220 OWW

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED between the Defendant, SALAMEH MOHAMMAD RASHID, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Stanley A. Boone, that the filing of Jury Instructions and Verdict forms from March 1, 2007 to March 5, 2007 at 12:00 p.m.

Respectfully submitted,

Dated:  February 23, 2007

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
SALAMEH MOHAMMAD RASHID

Dated:  February 23, 2007

/s/ Stanley A. Boone
Stanley A. Boone
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED that the Jury Instructions and Verdict Forms be filed with the Court by 12:00 p.m. on Monday, March 5, 2007.

Dated:  February _27__, 2007

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com