ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
SALAMEH MOHAMMAD RASHID

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-03-5220 OWW |
| Plaintiff, | ORDER |
| vs. | |
| SALAMEH MOHAMMAD RASHID, | |
| Defendant. | |

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Defendants surrender date shall be continued from August 30, 2007 to September 27, 2007, before 2:00 PM.

Dated: August 31, 2007

                                                             /s/ Oliver W. Wanger
                                                             Honorable Oliver W. Wanger
                                                             U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com