ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
SALAMEH MOHAMMAD RASHID

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SALAMEH MOHAMMAD RASHID,<br><br>　　　　Defendant. | Case No.: CR-F-03-5220 OWW<br><br>REQUEST TO EXONERATE BOND AND RETURN PASSPORT WITH PROPOSED ORDER |

Defendant, SALAMEH MOHAMMAD RASHID, by and through his attorney of record, Anthony P. Capozzi, hereby requests that the following property posted as collateral in the above referenced matter be exonerated and the Deeds returned to Salameh and Shoukrie Rashid.

　　1.　Salameh Rashid and Shoukrie Rashid, as Joint Tenants
　　　　1397 N. Birch Avenue
　　　　Reedley, CA 93654
　　　　Tax parcel #363-250-28

　　　　Deed No. 2003-0107171 – Docket #101
　　　　Deed No. 2003-0107172 – Docket #102
　　　　Deed No. 2003-0107173 – Docket #103

It is further requested that Mr. Rashid's passport, which is in the custody of the court clerk, be returned with the Deeds.

This request is based upon the fact that the Defendant, SALAMEH MOHAMMAD RASHID, surrendered to the custody of the Bureau of Prisons in Taft, California, on September 27, 2007.

Respectfully submitted,

Dated: October 15, 2007

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
SALAMEH MOHAMMAD RASHID

## ORDER

IT IS HEREBY ORDERED that the bond posted in the above entitled matter be exonerated and that the Defendant's passport be returned.

Dated: October 18, 2007

It is so ordered,

Hon. OLIVER W. WANGER,
United States District Court Judge