```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )
                               )
             Plaintiff         )        1:03-cr-5220 OWW
                               )
    v.                         )
                               )
SALAMEH MOHAMMAD RASHID,       )        ORDER RECOMMENDING 500 HOUR
                               )        DAP PROGRAM
             Defendant         )
_____)
```

It is hereby recommended that the above-named defendant participate in the 500-Hour DAP program at the facility in Taft, California, if it is determined he would benefit from such a program. IT IS SO ORDERED.

**Dated:   October 29, 2007**           /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1