UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

FILED
JUN 19 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Anthony W. Ishii
Senior United States District Judge
Fresno, California

RE: **SALAMEH MOHAMMED RASHID**
Docket Number: 1:03CR05220-002
**PERMISSION TO TRAVEL OUTSIDE OF THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Deir Debwan, Palestine, dates would be established should permission be granted. The releasee has performed well on supervision since his release from custody. He has complied with all terms and conditions thus far. While there is a significant amount of restitution in this case, monthly payments of $100 have occurred consistently without fail. In the month of June the offender will make a $300 payment, as an incentive to travel. Travel costs will be paid by his sister.

**Conviction and Sentencing Date:** On June 18, 2007, the releasee was sentenced for the offense of Conspiracy to Launder Money.

**Sentence Imposed:** 72 months Bureau of Prisons, 36 months supervised release, $16,266,908.24 restitution, and $100 special assessment.

**Special Conditions:** 1) Search; 2) Provide probation officer with access to any requested financial information; 3) Not open any additional lines of credit without the approval of the probation officer.

**Dates and Mode of Travel:** Travel arrangement will be made should travel be granted and provided to the Probation Officer.

**Purpose**: The purpose of the trip is to visit with his elderly sister in Palestine. According to tradition the releasee is charged with the responsibility of caring for this sister. Due to

**SALEMEH MOHAMMED RASHID**
**Docket Number:   1:03CR05220-002**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

his status on supervised release and her health, he has been unable to visit with her for a significant amount of time.

Respectfully submitted,

/s/ Sarah L. Kirk

**SARAH L. KIRK**
**United States Probation Officer**

Dated:      June 18, 2013
            Fresno, California
            SLK: slk

**REVIEWED BY:**     **/s/ Robert A. Ramirez**
                     **ROBERT A. RAMIREZ**
                     **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved   ✓                              Disapproved

6-19-13

**Date**                                  **UNITED STATES DISTRICT JUDGE**